In the Matter of Walter Lee
DUDLEY, Respondent,

v.

Drew DUDLEY, Appellant.

No. 44370.

Missouri Court of Appeals,
Eastern District,
Division Three.

July 27, 1982.

Carolyn J. Biermann, Clayton, for appellant.

Howard A. Schainker, Clayton, for respondent.

CRIST, Judge.

Appeal dismissed.

Dissolution decree was entered April 1, 1981. Appellant's post-trial motions, including a motion for a new trial were filed April 13, 1981. The trial court denied all of appellant's post-trial motions on April 24, 1981. Judgment for purposes of appeal became final when the post-trial motions were ruled upon. Rule 81.05(a). Appellant's no-

tice of appeal was not filed until May 11, 1981, more than 10 days after judgment became final. We therefore lack jurisdiction to entertain this appeal. Rule 81.04(a); *Johnson v. Summers,* 596 S.W.2d 78, 79 (Mo.App.1980).

Dismissed.

REINHARD, P. J., and SNYDER, J., concur.